UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER JAMES WALKER**, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>**HIGHMARK BCBSD HEALTH OTPIONS, INC.**<br><br>　　　　　　Defendant. | Civil Case No.: 20-cv-1975<br><br>**Motion for Admission *Pro Hac Vice* of Jeremy M. Glapion** |

　　　　Jeremy M. Glapion, undersigned counsel for Plaintiff Christopher James Walker, hereby moves that Jeremy M. Glapion be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Christopher James Walker pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

　　　　In support of this Motion, undersigned counsel attached the Affidavit for Admission Pro Hac Vice of Jeremy M. Glapion, filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

**Dated:** December 23, 2020

　　　　　　　　　　　　　　　　　　　　s/ Jeremy M. Glapion_____
　　　　　　　　　　　　　　　　　　　　Jeremy M. Glapion (NJ Bar: 145972015)
　　　　　　　　　　　　　　　　　　　　**THE GLAPION LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　　　　1704 Maxwell Drive
　　　　　　　　　　　　　　　　　　　　Wall, New Jersey 07719
　　　　　　　　　　　　　　　　　　　　Tel: 732.455.9737
　　　　　　　　　　　　　　　　　　　　Fax: 732.709.5150
　　　　　　　　　　　　　　　　　　　　jmg@glapionlaw.com