IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER JAMES WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CV-01975-CCW |
| | ) | |
| v. | ) | |
| | ) | |
| HIGHMARK BCBSD HEALTH OPTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CASE MANAGEMENT ORDER**

IT IS ORDERED that compliance with the provisions of Local Rule 16.1.B shall occur as follows:

1. The parties shall exchange initial disclosures required by Rule 26(a)(1) on or before **July 23, 2021**.

2. The parties shall file any motion to add new parties on or before **August 9, 2021**. The parties shall file any motion to amend the pleadings on or before **August 24, 2021**.

3. The parties shall file a completed ADR stipulation on or before **October 8, 2021**. The parties shall complete their ADR session by **December 6, 2021.**

4. Discovery shall proceed in phases. The first phase, related to class certification, shall be completed on or before **November 22, 2021**. All interrogatories, notices of deposition, requests for admission and requests for production **shall be served within sufficient time to allow responses to be completed and served prior to the close of discovery and within sufficient time to allow the completion of depositions prior to the close of discovery**.

5. Additionally, discovery deadlines will be extended only by leave of court for good cause shown, and upon motion filed prior to the date on which discovery closes. The motion shall

state the reason(s) for the requested extension and shall enumerate with specificity any previous extensions of discovery. The filing of a motion to dismiss or other dispositive motion generally will not stay discovery. Likewise, participation in an ADR process will not stay discovery.

6. Counsel must confer on discovery disputes prior to seeking the Court's intervention, and must follow the procedures set forth in the Court's Practices and Procedures (*see* webpage at https://www.pawd.uscourts.gov/sites/pawd/files/Wiegand_Interim_Practices_Oct_2020.pdf). If counsel for the parties cannot resolve the dispute, the parties must contact the Court to set up a conference in an effort to resolve the matter, rather than filing a formal discovery motion. For discovery disputes that arise during a deposition, the attorneys together may contact the Court to resolve the matter.

Any dispute not resolved shall be presented by motion in accordance with the Court's Practices and Procedures. For discovery motions (or any other type of motion), **no briefing schedule will issue**. Discovery motions shall include copies of only those pertinent portions of depositions, interrogatories, requests for admission and responses, *et cetera*, that are relevant to disposition of the motion.

7. The provisions of Local Rule 16.1.D, regarding procedures governing the inadvertent disclosure of privileged or trial preparation material, are hereby incorporated into this Order, as if fully restated herein.

8. The briefing of Plaintiff's Motion for Class Certification shall proceed as follows:

    a. Plaintiff's Motion for Class Certification shall be due on or before **December 30, 2021,** and Plaintiff's supporting brief shall be limited to twenty (20) pages;

      b. The Defendant's response to the Motion for Class Certification shall be due on or before **January 20, 2022**, and shall be limited to twenty (20) pages; and

      c. Plaintiff may file a reply to Defendant's response, which shall be filed by **January 27, 2022**.

9. A separate order addressing the timing and procedures for an evidentiary hearing, if necessary, on Plaintiff's Motion for Class Certification will issue after the close of briefing.

10. Following its ruling on Plaintiff's Motion for Class Certification, the Court will schedule a mid-discovery status conference to address the schedule for completing the second phase of discovery.

DATED this 25th day of June, 2021.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):
All Counsel of Record