IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER JAMES WALKER, | ) |
| Plaintiff, | ) ) 2:20-CV-01975-CCW ) ) |
| v. | ) ) |
| HIGHMARK BCBSD HEALTH OPTIONS, INC., | ) ) ) ) |
| Defendant. | ) ) |

**MINUTE ENTRY**
**AUGUST 16, 2021 DISCOVERY DISPUTE CONFERENCE**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:            Appearing for Defendant:

Jeremy Glapion, Esq. (*Pro Hac Vice*)     Jason Hazelwood, Esq.
                                    Tia McClenney, Esq.
                                    Patricia Antezana, Esq.

Conference Began:      9:00 a.m.        Adjourned to:     Not applicable
                                        Stenographer:    Deborah Rowe
Conference Ended:      9:25 a.m.
                                        Clerk:           Hugh McKeegan

The Court held a telephonic conference regarding certain discovery disputes.

An appropriate order will follow.

cc (via ECF email notification):

All Counsel of Record