IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER JAMES WALKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIGHMARK BCBSD HEALTH OPTIONS INC.<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 2:20-cv-01975-CCW |

## **EXHIBIT A**

**AGREEMENT TO BE BOUND BY THE TERMS OF PROTECTIVE ORDER**

I hereby acknowledge that I have received a copy of the Protective Order entered in the action entitled *Christopher James Walker v. Highmark BCBSD Health Options Inc.*, Case No. 2:20-cv-01975-CCW. I have carefully read the Protective Order in the above-captioned case and I fully understand the terms of the Protective Order. I recognize that I am bound by the terms of that Protective Order, and I agree to comply with those terms. I agree, under penalty of perjury, not to disclose information designated thereunder as "PHI Confidential", "Confidential", or "Confidential Attorney Eyes Only" to any person not entitled to access such information.

I further agree to use "PHI Confidential", "Confidential", and "Confidential Attorney Eyes Only" material only in connection with this litigation, and not for any other purpose, including any business, competitive or governmental purpose or function.

I hereby consent to the jurisdiction of this court in respect to any proceedings relative to the enforcement of that Protective Order, including without limitation any proceeding related to contempt of court.

At the end of this litigation, or my involvement in this litigation, whichever occurs first, I will return to counsel for the party by whom I am employed or retained all such "PHI Confidential", "Confidential", and "Confidential Attorney Eyes Only" documents or information that has come into my possession.

Executed this \_\_\_ day of _____, 20\_\_\_, at _____.

                                                _____
Signature

Name: _____

Company: _____

Business Address: _____
_____

Business Telephone Number: _____