IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER JAMES WALKER, <br><br> Plaintiff, <br><br> v. <br><br> HIGHMARK BCBSD HEALTH OPTIONS, INC., <br><br> Defendant. | 2:20-CV-01975-CCW |

**MINUTE ENTRY**
**NOVEMBER 30, 2021 DISCOVERY DISPUTE CONFERENCE**
Before Judge Christy Criswell Wiegand

| Appearing for Plaintiff: | Appearing for Defendant: |
|---|---|
| Jeremy Glapion, Esq. (*Pro Hac Vice*) | Justin Kontul, Esq. <br> Tia McClenney, Esq. |

| | | | |
|---|---|---|---|
| Conference Began: | 9:58 a.m. | Adjourned to: | Not applicable |
| Conference Ended: | 10:33 a.m. | Stenographer: | Amanda Williamson |
| | | Clerk: | Hugh McKeegan |

The Court held a telephonic conference regarding certain discovery disputes.

An appropriate order will follow.

cc (via ECF email notification):

All Counsel of Record