UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER JAMES WALKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIGHMARK BCBSD HEALTH OPTIONS, INC.; COTIVITI, INC.,<br><br>Defendants. | Civil Case No.: 20-cv-1975<br>Hon. Christy Criswell Wiegand |

## **DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Cotiviti, Inc., in the above captioned action, certifies that there are no parents, other subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

        */s/ Mark A. Grace*
Mark A. Grace, Esq.
PA ID No. 78701
COHEN & GRACE, LLC
105 Braunlich Drive, Suite 300
Pittsburgh, PA 15237
Telephone: (412) 847-0300
mgrace@cohengrace.com
Shannon Z. Petersen, Esq. (*pro hac vice* pending)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-7483
Fax: (858) 523-6731
spetersen@sheppardmullin.com

*Attorneys for Defendant Cotiviti, Inc.*

Dated:  January 12, 2022

-2-

## **CERTIFICATE OF SERVICE**

I certify that on January 12, 2022, a true and correct copy of the foregoing Local Rule 7.1 Disclosure Statement was filed electronically and notice of filing was sent to all parties by operation of the Court's CM/ECF system.

                                              Respectfully submitted,

                                              /s/ Mark A. Grace
                                              Mark A. Grace