THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER JAMES WALKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIGHMARK BCBSD HEALTH OPTIONS, INC.; COTIVITI, INC.,<br><br>Defendants. | Civil Case No.: 20-cv-1975<br>Hon. Christy Criswell Wiegand |

### MOTION FOR ADMISSION *PRO HAC VICE* OF SHANNON Z. PETERSEN

Shannon Z. Petersen, undersigned counsel for Defendant Cotiviti, Inc., hereby moves that Shannon Z. Petersen be admitted to appear and practice in this Court in the above-entitled matter as counsel pro hac vice for Defendant Cotiviti, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Shannon Z. Petersen filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: June 20, 2022

Respectfully submitted,

   */s/ Shannon Z. Petersen*
Shannon Z. Petersen, Esq. (Cal. Bar. ID No. 211426)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-7483
Fax: (858) 523-6731
spetersen@sheppardmullin.com

*Counsel for Defendant Cotiviti, Inc.*