UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER JAMES WALKER**, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>**HIGHMARK BCBSD HEALTH OTPIONS, INC.; COTIVITI, INC.,**<br><br>　　　　　　　　Defendants. | Civil Case No.: 20-cv-1975<br><br>Hon. Christy Criswell Wiegand<br><br>**Notice of Settlement and Request to Stay Pending Motions and Deadlines** |

　　Plaintiff Christopher James Walker, through undersigned counsel Jeremy M. Glapion, hereby informs the Court that the Parties, with the help of mediator Terrence White, have agreed on the material terms necessary to resolve this matter on a class basis. Plaintiff intends to seek preliminary approval from the Court within sixty (60) days of this notice.

　　In the interim, Plaintiff, with consent of all Parties, respectfully requests that any pending deadlines and motions be stayed to allow the Parties to finalize the settlement agreement.

**Dated:** July 29, 2022

s/ Jeremy M. Glapion_____
Jeremy M. Glapion (NJ Bar: 145972015)
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.965.8006
jmg@glapionlaw.com