UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER JAMES WALKER, KIM STERLING, and ERNIE FISHER** on behalf of themselves and all others similarly situated,<br><br>**Plaintiff,**<br>v.<br><br>**HIGHMARK BCBSD HEALTH OPTIONS, INC.; COTIVITI, INC.**<br><br>**Defendant.** | Civil Case No.: 20-cv-1975<br>Hon. Christy Criswell Wiegand |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFFS' MOTION AND SUPPORTING MEMORANDUM FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

**ORDER**

Upon consideration of Plaintiffs Walker, Fisher, and Sterling ("Plaintiffs") Unopposed Motion for Leave to File an Overlength Brief in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards,  it is hereby:

**ORDERED** that said Motion is **GRANTED**. Plaintiffs may file a brief in support of the aforementioned Motion of no more than twenty (20) substantive pages.

**ORDERD** this _____ day of _____, 2023.

_____
Hon. Christy C. Wiegand
United States District Judge