**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTOPHER JAMES WALKER, KIM STERLING, and ERNIE FISHER** on behalf of themselves and all others similarly situated,<br><br>**Plaintiff,**<br>**v.**<br><br>**HIGHMARK BCBSD HEALTH OPTIONS, INC.; COTIVITI, INC.**<br><br>**Defendant.** | Civil Case No.: 20-cv-1975<br>Hon. Christy Criswell Wiegand |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFFS' MOTION AND SUPPORTING MEMORANDUM FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

Plaintiffs Walker, Fisher, and Sterling ("Plaintiffs"), by and through their undersigned counsel, Jeremy M. Glapion, respectfully submits this Motion for Leave to File an Overlength Brief in Support of Plaintiffs' Motion and Supporting Memorandum for Attorneys' Fees, Costs, and Service Awards.

1. Plaintiffs' Motion and Supporting Memorandum for Attorneys' Fees, Costs, and Service Awards presently due on January 24, 2023.

2. This Court's practices and procedures limits briefs in support of non-dispositive motions to ten (10) pages. *See* Practices and Procedures of Judge Christy Criswell Wiegand, § II(D).

3. The current draft of the memorandum in support of Plaintiffs' forthcoming motion is just over 19 substantive pages.

4. Revisions are ongoing to this draft, but Plaintiffs does not anticipate any additions that will significantly increase its length.

5.  Accordingly, Plaintiff respectfully asks that the Court allow Plaintiff to file a supporting brief of up to twenty (20) pages in support of the forthcoming Motion.

6.  These additional pages are necessary to 1) walk through each of the steps of the analyses for fee awards and service awards and 2) discuss and apply that analysis.

7.  Plaintiffs have consulted with Defendants' counsel, and neither opposes this request.

Dated: January 23, 2023

/s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com