UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER JAMES WALKER, KIM STERLING, and ERNIE FISHER** on behalf of themselves and all others similarly situated,<br><br>**Plaintiff,**<br>v.<br><br>**HIGHMARK BCBSD HEALTH OPTIONS, INC.; COTIVITI, INC.**<br><br>**Defendant.** | Civil Case No.: 20-cv-1975<br>Hon. Christy Criswell Wiegand |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

**ORDER**

Upon consideration of Plaintiffs Walker, Fisher, and Sterling ("Plaintiffs") Unopposed Motion for Attorneys' Fees, Costs, and Service Awards, it is hereby:

**ORDERED** that said Motion is **GRANTED**. Class Counsel, Jeremy M. Glapion is awarded attorneys' fees in the amount of $616,666.67 and costs in the amount of $21,161.52.

It is further **ORDERED** that Plaintiff Walker is awarded $10,000 for his service to the Class; Plaintiff Fisher is awarded $2,500 for his service to the Class; and Plaintiff Sterling is awarded $2,500 for her service to the Class. All amounts hereunder shall be paid in accordance with the Settlement Agreement, finally approved by the Court on _____, 2023.

**ORDERD** this _____ day of _____, 2023.

_____
Hon. Christy C. Wiegand
United States District Judge