UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER JAMES WALKER, KIM STERLING, and ERNIE FISHER** on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**HIGHMARK BCBSD HEALTH OPTIONS, INC.; COTIVITI, INC.**<br><br>**Defendants.** | Civil Case No.: 20-cv-1975<br>Hon. Christy Criswell Wiegand |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTELEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Christopher James Walker, Kim Sterling, and Ernie Fisher ("Plaintiffs"), by and through their undersigned counsel, Jeremy M. Glapion, respectfully submit this Motion for Leave to File an Overlength Brief in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Settlement Class. Plaintiffs consulted with counsel for Defendants Highmark BCBSD Health Options Inc. and Cotiviti Inc. ("Defendants") and the Motion is unopposed. The grounds for this Motion are set forth in Plaintiffs' Memorandum in Support, filed herewith. A Proposed Order is attached.

Dated: April 17, 2023

                                                                                      s/ Jeremy M. Glapion
                                                                                      Jeremy M. Glapion
                                                                                      **The Glapion Law Firm, LLC**
                                                                                      1704 Maxwell Drive
                                                                                      Wall, New Jersey 07719
                                                                                      Tel: 732.455.9737
                                                                                      Fax: 732.965.8006
                                                                                      jmg@glapionlaw.com
                                                                                      Attorney for Plaintiffs