UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER JAMES WALKER, KIM STERLING, and ERNIE FISHER** on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br>v.<br><br>**HIGHMARK BCBSD HEALTH OPTIONS, INC.; COTIVITI, INC.**<br><br>**Defendants.** | Civil Case No.: 20-cv-1975<br>Hon. Christy Criswell Wiegand |

**PLAINTIFFS' BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTELEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Christopher James Walker, Kim Sterling, and Ernie Fisher ("Plaintiffs"), by and through their undersigned counsel, Jeremy M. Glapion, respectfully submit this Motion for Leave to File an Overlength Brief in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Settlement Class.

1. Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Settlement Class is presently due on April 17, 2023.

2. This Court's practices and procedures limits briefs in support of non-dispositive motions to ten (10) pages. *See* Practices and Procedures of Judge Christy Criswell Wiegand, § II(D).

3. The current draft of the memorandum in support of Plaintiffs' forthcoming motion is just over 20 substantive pages (i.e. excluding caption, table of authorities, table of content, and signature block).

4. Revisions are ongoing to this draft, but Plaintiffs do not anticipate any significant additions that will significantly increase its length.

5. Accordingly, Plaintiffs respectfully asks that the Court allow Plaintiffs to file a supporting brief of up to twenty-five (25) pages in support of the forthcoming Motion for Final Approval.

6. These additional pages are necessary to 1) explain the terms of the settlement 2) discuss and apply the standard for final approval and 3) discuss and apply the standard for certification of a settlement class.

7. Plaintiffs have consulted with Defendants' counsel, and neither opposes this request.

Dated: April 17, 2023

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737

Fax: 732.709.5150
jmg@glapionlaw.com