UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER JAMES WALKER, KIM STERLING, and ERNIE FISHER** on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br>v.<br><br>**HIGHMARK BCBSD HEALTH OPTIONS, INC.; COTIVITI, INC.**<br><br>**Defendants.** | Civil Case No.: 20-cv-1975<br>Hon. Christy Criswell Wiegand |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTELEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion for Leave to File an Overlength Brief in Support of Plaintiffs' forthcoming Motion for Final Approval of Class Action Settlement and Certification of Settlement Class, it is hereby:

**ORDERED** that said Motion is **GRANTED**. Plaintiffs may file a brief in support of Plaintiffs' Motion for Final Approval of no more than twenty-five (25) substantive pages.

**ORDERD** this _____ day of _____, 2023.

_____
Hon. Christy C. Wiegand
United States District Judge