UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER JAMES WALKER, KIM STERLING, and ERNIE FISHER** on behalf of themselves and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**HIGHMARK BCBSD HEALTH OPTIONS, INC.; COTIVITI, INC.**<br><br>**Defendant.** | Civil Case No.: 20-cv-1975<br>Hon. Christy Criswell Wiegand |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTELEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Christopher Walker, Kim Sterling, and Ernie Fisher ("Plaintiffs"), by and through their undersigned counsel, Jeremy M. Glapion, respectfully submit this Motion for Final Approval of Class Action Settlement and Certification of Settlement Class. Plaintiffs consulted with counsel for Defendants Highmark BCBSD Health Options Inc. and Cotiviti Inc. ("Defendants") and the Motion is unopposed. The grounds for this Motion are set forth in Plaintiffs' Memorandum in Support and accompanying exhibits, all filed contemporaneously herewith. A Proposed Order is attached.

Dated: April 17, 2023

       s/ Jeremy M. Glapion
Jeremy M. Glapion
**The Glapion Law Firm, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.965.8006
jmg@glapionlaw.com
Attorney for Plaintiffs