IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER JAMES WALKER, KIM STERLING, ERNIE FISHER, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHMARK BCBSD HEALTH OPTIONS, INC., COTIVITI, INC.<br><br>Defendants. | 2:20-CV-01975-CCW |

**MAY 2, 2023 FAIRNESS HEARING**
Before Judge Christy Criswell Wiegand

| Appearing for Plaintiff: | Appearing for Defendant Highmark BCBSD |
|---|---|
| Jeremy Glapion, Esq. | Health Options, Inc.: |
| | Justin T. Kontul, Esq. |
| | |
| | Appearing for Defendant Cotiviti, Inc.: |
| | Shannon Z. Petersen, Esq. |
| | |
| Conference Began:  1:02 p.m. | Adjourned to:  N/A |
| | Stenographer:  Karen Earley |
| Conference Ended:  1:46 p.m. | |
| | Law Clerk:    Mary Ann McNulty |
| | Deputy Clerk:  Joungsun Miller |

**SUMMARY OF PROCEEDINGS:**

The Court held a Fairness Hearing in the above-captioned matter. Appropriate orders will follow.

cc (via ECF email notification):

All Counsel of Record