IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER JAMES WALKER, KIM STERLING, and ERNIE FISHER, *on behalf of themselves and all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HIGHMARK BCBSD HEALTH OPTIONS, INC., and COTIVITI, INC.<br><br>　　　　Defendants. | 2:20-CV-01975-CCW |

## JUDGMENT ORDER

Pursuant to the Court's Order, ECF No. 130, granting Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, and Service Awards, ECF No. 121, FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

　　IT IS SO ORDERD.


　　DATED this 2nd day of May, 2023.


　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Christy Criswell Wiegand
　　　　　　　　　　　　　　　　　　CHRISTY CRISWELL WIEGAND
　　　　　　　　　　　　　　　　　　United States District Judge

cc (via ECF email notification):

All Counsel of Record